# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2021

## NO. 03-21-00044-CV

**Yasamin Sadreddinihemrjordi, Appellant**

**v.**

**Neema Rezaee, Appellee**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

Having reviewed the record, the Court holds that Yasamin Sadreddinihemrjordi has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.